# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CALVIN, | ) Case No. CV 10-948 GW (MRW) |
|     Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND |
| | ) RECOMMENDATIONS OF |
| VINCENT CULLEN, | ) UNITED STATES MAGISTRATE |
| | ) JUDGE |
|     Respondent. | ) |
| _____ | ) |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: August 19, 2012

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE