UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CALVIN,<br><br>　　　　　　Petitioner,<br>　　　vs.<br>VINCENT CULLEN,<br><br>　　　　　　Respondent.<br>_____ | Case No. CV 10-948 GW (MRW)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 19, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE